**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Mont Blanc Restoration, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-4949399 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**78-48 76th Street**
**Ridgewood, NY 11385**
Number, Street, City, State & ZIP Code

**Queens**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Mont Blanc Restoration, Inc.**                           Case number (*if known*) _____
        Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Mont Blanc Restoration, Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

.    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2017**
                MM / DD / YYYY

**X** **/s/ Mariusz Szewczyk**                          **Mariusz Szewczyk**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Gary C. Fischoff**                    Date **June 16, 2017**
Signature of attorney for debtor                      MM / DD / YYYY

**Gary C. Fischoff**
Printed name

**Berger, Fischoff & Shumer, LLP**
Firm name

**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
Number, Street, City, State & ZIP Code

Contact phone    **516-747-1136**    Email address    **hberger@bfslawfirm.com/gfischoff@bfslawfirm.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Mont Blanc Restoration, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 16, 2017**                    X  **/s/ Mariusz Szewczyk**
                                                    Signature of individual signing on behalf of debtor

                                                    **Mariusz Szewczyk**
                                                    Printed name

                                                    **President**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Mont Blanc Restoration, Inc.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **_Schedule A/B: Assets-Real and Personal Property_** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................................     $ _____0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.............................................................................................     $ _____91,000.00

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*...............................................................................................     $ _____91,000.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    **_Schedule D: Creditors Who Have Claims Secured by Property_** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................     $ _____96,452.72

3.    **_Schedule E/F: Creditors Who Have Unsecured Claims_** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................     $ _____31,902.92

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................     +$ _____717,442.94

4.    **Total liabilities** ................................................................................................................................
    Lines 2 + 3a + 3b          $ _____845,798.58

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Mont Blanc Restoration, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
    amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Mont Blanc Restoration, Inc.**  Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2016 Ford F550 Dump Truck**<br>**7,000 miles** | $0.00 | Debtor's Opinion | $56,000.00 |
| 47.2. | **2015 Ford Transit Van**<br>**25,000 miles** | $0.00 | Debtor's Opinion | $30,000.00 |
| 47.3. | **2015 Lexus RX330-Leased**<br>**25,000 miles** | $0.00 | | $0.00 |
| 47.4. | **2016 Dodge Ram 1500-Leased**<br>**24,000 miles** | $0.00 | | $0.00 |

| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
|---|---|---|---|---|
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Electric tools, hand tools, roofing, lights &**<br>**miscellaneous equipment in stop and store**<br>**facility** | Unknown | Market Value | $5,000.00 |

| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | $91,000.00 |
|---|---|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Mont Blanc Restoration, Inc.**
          _____    Case number *(If known)* _____
          Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| **Claim against Mariu Bielawski** | | **Unknown** |
|---|---|---|
| Nature of claim | Recovery of corporate vehicles-2015 Ford Transit Van & 2016 Ford F550 Dump Truck | |
| Amount requested | $0.00 | |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.** | **$0.00** |
       Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☐ No
       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **Mont Blanc Restoration, Inc.**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $91,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $91,000.00 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $91,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Mont Blanc Restoration, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **TD Auto Finance**<br>Creditor's Name<br><br>**PO Box 9223**<br>**Farmington Hills, MI**<br>**48333-9223**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**NEED DATE**<br>**Last 4 digits of account number**<br>**2196**<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**2016 Ford F550 Dump Truck**<br>**7,000 miles**<br><br><br>Describe the lien<br>**Car Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$59,394.45** | **$56,000.00** |
| **2.2** **Valley National Bank**<br>Creditor's Name<br><br>**1455 Valley Road**<br>**Wayne, NJ 07470**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**NEED DATE**<br>**Last 4 digits of account number**<br>**4163**<br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**2015 Ford Transit Van**<br>**25,000 miles**<br><br><br>Describe the lien<br>**Car Loan**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **$37,058.27** | **$30,000.00** |

Debtor   **Mont Blanc Restoration, Inc.**
_____
Name

Case number (if know) _____

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$96,452.72** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 2 of 2

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Mont Blanc Restoration, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,117.49 | $1,117.49 |
|  | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Sales & 941 tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**IRS**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,875.73 | $3,875.73 |
|  | Date or dates debt was incurred<br>**9/30/15** | Basis for the claim:<br>**Sales & 941 tax** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                 50728                 Best Case Bankruptcy

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.42 | $695.42 |
|---|---|---|---|
| **NYC Department of Finance** | Check all that apply. | | |
| **59 Maiden Lane** | ☐ Contingent | | |
| **19th Floor** | ☐ Unliquidated | | |
| **New York, NY 10038** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/31/15** | **General corporation tax** |

| Last 4 digits of account number **3002** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,368.11 | $1,368.11 |
|---|---|---|---|
| **NYS Department of Taxation & Finance** | Check all that apply. | | |
| **Bankruptcy Unit-TCD** | ☐ Contingent | | |
| **Bldg 8 Room 455** | ☐ Unliquidated | | |
| **Albany, NY 12227** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/31/15** | **Withholding tax** |

| Last 4 digits of account number **2987** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,626.88 | $8,626.88 |
|---|---|---|---|
| **NYS Department of Taxation & Finance** | Check all that apply. | | |
| **Bankruptcy Unit-TCD** | ☐ Contingent | | |
| **Bldg 8 Room 455** | ☐ Unliquidated | | |
| **Albany, NY 12227** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **3/31/16** | **Withholding tax** |

| Last 4 digits of account number **3537** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.71 | $13,650.71 |
|---|---|---|---|
| **NYS Department of Taxation & Finance** | Check all that apply. | | |
| **Bankruptcy Unit-TCD** | ☐ Contingent | | |
| **Bldg 8 Room 455** | ☐ Unliquidated | | |
| **Albany, NY 12227** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/30/16** | **Withholding tax** |

| Last 4 digits of account number **3546** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | ☐ Yes |

---

| Debtor | **Mont Blanc Restoration, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,568.58 | $2,568.58 |
|---|---|---|---|---|

**NYS Department of Taxation & Finance**
**Bankruptcy Unit-TCD**
**Bldg 8 Room 455**
**Albany, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/30/16**

Basis for the claim:
**Withholding tax**

Last 4 digits of account number **7295**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,700.00** |
|---|---|---|---|

**A Team Wiring LLP**
**403 S Madison Avenue**
**Dunellen, NJ 08812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Vendor**

Last 4 digits of account number **0123**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adam Doolittle**
**2072 West 11th Street**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adam Kozak**
**610 Morgan Ave**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adrian Ayala**
**52-15 94th St.**
**2nd Floor**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,075.00** |
|---|---|---|---|

**Aia Sheet Metal Corp**
**682 Morgan Avenue**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Mont Blanc Restoration, Inc.**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** |

**3.6** | **Nonpriority creditor's name and mailing address**

**Aleksandra Christa**
**173 Colony Ave**
**Staten Island, NY 10306**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**

**Alex Otero**
**868 Faile Street**
**Apt 25**
**Bronx, NY 10474**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**

**Allied Building Products**
**Barr Credit Services**
**5151 E Broadway Blvd**
**Suite 800**
**Tucson, AZ 85711**

Date(s) debt was incurred  **Prior to 2/17**

Last 4 digits of account number  **6737**

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,707.31**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**

**Andriy Hotsko**
**655 Tysens Lane**
**Apt. 2W**
**Staten Island, NY 10306**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**

**Andrzej Huciancow**
**54 Pine Hill Ave**
**#1**
**Stamford, CT 06906**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**

**Andrzej Kowalski**
**60-27 68th Ave**
**Apt 1**
**Ridgewood, NY 11385**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address**

**Andy Marinez**
**65 W 192 Street**
**1D**
**Bronx, NY 10468**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,759.63**

**Bay Supply Corp**
**149 28th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Vendor**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bernardo Cesar**
**103-19 35th Ave**
**1st Floor**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,933.80**

**Best Deals Trading Inc**
**100 A Broadway**
**Suite 437**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Vendor**

Last 4 digits of account number **3259**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bolivar Vasquez**
**601 W. 191 Street**
**Apt 37**
**New York, NY 10040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,095.35**

**C&J Sheet Metal Corp**
**King & King LLP**
**629 Fifth Avenue**
**Pelham, NY 10803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Vendor; Index no.: 715508/16**

Last 4 digits of account number **9460**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Cassagne**
**657 Ashford St**
**2**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Galarza**
**5304 103rd Street**
**Apt 1F**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,054.58 |
|---|---|---|---|

**Castle Check Cashing Corp**
**4186 Broadway**
**New York, NY 10033**

Date(s) debt was incurred _Prior to 2/17_

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Judgment; Index no.: 70058/16_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Celso Tenesaca**
**5757 Ranger Str**
**#3**
**East Elmhurst, NY 11369**

Date(s) debt was incurred _Prior to 11/16_

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unpaid wages_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,580.46 |
|---|---|---|---|

**Chase Bank**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Date(s) debt was incurred _Prior to 2/17_

Last 4 digits of account number _1567_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Visa_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,046.42 |
|---|---|---|---|

**Chase Bank**
**PO Box 15298**
**Wilmington, DE 19850-5298**

Date(s) debt was incurred _Prior to 2/17_

Last 4 digits of account number _8343_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Visa_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,652.09 |
|---|---|---|---|

**Citibank**
**PO Box 22828**
**Rochester, NY 14692**

Date(s) debt was incurred _Prior to 2/17_

Last 4 digits of account number _6061_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Credit card_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,360.00 |
|---|---|---|---|

**City of New York**
**PO Box 2339**
**Peck Slip Station**
**New York, NY 10272**

Date(s) debt was incurred _Prior to 2/17_

Last 4 digits of account number _826R_

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Violation fee_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Claudio Tacuri**
**453 103 Str**
**1st Floor**
**Bayside, NY 11360**

Date(s) debt was incurred _Prior to 11/16_

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Unpaid wages_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    

| Debtor | **Mont Blanc Restoration, Inc.** | Case number *(if known)* | |
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$435.09** |
|------|--------|--------|--------|
| | **Con Edison** <br> **Cooper Station** <br> **PO Box 138** <br> **New York, NY 10276-0138** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | **Basis for the claim:** **Utilities** | |
| | Last 4 digits of account number **7011** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,265.00** |
|------|--------|--------|--------|
| | **CTC Electrical Contractors Inc** <br> **435 Austin Place** <br> **Suite D** <br> **Bronx, NY 10455** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number **2067** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|
| | **Czeslaw Parzych** <br> **6335 Grove Street** <br> **Ridgewood, NY 11385** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 11/16** | **Basis for the claim:** **Unpaid wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------|--------|--------|
| | **Damar Yezza** <br> **211 Brighton 15th Street** <br> **#5F** <br> **Brooklyn, NY 11235** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 11/16** | **Basis for the claim:** **Unpaid wages** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,053.00** |
|------|--------|--------|--------|
| | **Davids Check Cashing** <br> **868 Prospect Avenue** <br> **Bronx, NY 10459** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | **Basis for the claim:** **Returned check** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$476.19** |
|------|--------|--------|--------|
| | **Delux Corporation** <br> **Media Collections Inc** <br> **d/b/a Joseph Mann & Creed** <br> **8948 Canyon Falls Blvd Ste 200** <br> **Twinsburg, OH 44087** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number **6659** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608.77** |
|------|--------|--------|--------|
| | **Deluxe** <br> **PO Box 742572** <br> **Cincinnati, OH 45275** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | **Basis for the claim:** **Returned check** | |
| | Last 4 digits of account number **2976** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Mont Blanc Restoration, Inc.**

Case number *(if known)* _____

Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,615.59** |
|---|---|---|---|

**Durante Rentals LLC**
**133-58 31st Drive**
**Flushing, NY 11354**

Date(s) debt was incurred  **Prior to 2/17**

Last 4 digits of account number  **9499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor; Invoice Nos.: ....0901; ....3775; ....3530 & ....3782; ....1351**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edison Murillo**
**603 W 184 Steet**
**Apt 3EF**
**New York, NY 10033**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,890.15** |
|---|---|---|---|

**Extech Building Materials Inc**
**Manna & Associates LLC**
**PO Box 1117**
**Kearny, NJ 07032**

Date(s) debt was incurred  **Prior to 2/17**

Last 4 digits of account number  **5003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ferdinand Martinez**
**220 East 102nd Street**
**Apt 12C**
**New York, NY 10029**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fernando Rodriguez**
**250 E. Gun Hill Road**
**2J**
**Bronx, NY 10467**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,368.78** |
|---|---|---|---|

**Flu-Flushing (Queens) NY**
**133-58 31st Drive**
**Flushing, NY 11354**

Date(s) debt was incurred  **Prior to 2/17**

Last 4 digits of account number  **9499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Freddy Cedeno**
**45-36 National Street**
**Corona, NY 11368**

Date(s) debt was incurred  **Prior to 11/16**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$310.29** |
|---|---|---|---|

**Gaeta Interior Demo**
**25 Van Streeet**
**Staten Island, NY 10310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **0834**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregorio Romero**
**454 West 146th Street**
**Apt 4R**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gregorio Romero**
**454 West 146th Street**
**4R**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grzegorz Daz**
**90-03 Rockaway Blvd**
**2nd Floor**
**Ozone Park, NY 11416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,761.69** |
|---|---|---|---|

**Hilti Inc**
**PO Box 21148**
**Tulsa, OK 74121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **3615**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jan Brzozowski**
**107 Engert Ave**
**Apt 3L**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jan Brzozowski**
**107 Engert Ave**
**3L**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jaroslaw Ogorek**
**17-33 Linden Street**
**Ridgewood, NY 11385**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jerzy Borowicz**
**2003 Woodbine Street**
**3R**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jorge Calle**
**34-12 109 Street**
**Corona, NY 11368**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jorge Goncalves**
**140 Hillside Ave**
**Mount Vernon, NY 10553**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Valverde**
**151 Avenue O**
**Apt B3**
**Brooklyn, NY 11204**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kamil Maliszewski**
**191 Norman Ave**
**Apt 1C**
**Brooklyn, NY 11222**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Karol Piorkowski**
**8100 Shore Front Parkway**
**Far Rockaway, NY 11693**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Karol Pogorzelski**
**189 Kensington Ave**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Krystyna Gurdziel**
**5606 13th Ave**
**Apt 2F**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Krzysztof Czarnomysy**
**59-17 74th Street**
**Middle Village, NY 11379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Krzysztof Sliwinski**
**Onderdonk 482**
**1R**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Leszek Banas**
**7201 Juniper Valley Road**
**Middle Village, NY 11379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,557.00** |
|---|---|---|---|

**Lie Check Cashing Corp**
**59-67 55th Drive**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Returned check**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,402.68** |
|---|---|---|---|

**Lowes/Synchrony Bank**
**PO Box 965005**
**Orlando, FL 32896-5005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Credit card**

Last 4 digits of account number **2099**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Luis Morocho**
**164-28 46 Ave**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manuel Marinez**
**65 W. 192nd Street**
**Bronx, NY 10468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcin Nicpon**
**9720 88th Street**
**Ozone Park, NY 11416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcin Nowak**
**8650 77th St**
**1D**
**Woodhaven, NY 11421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marco Valverde**
**3706 Warren St**
**Apt 2C**
**Jackson Heights, NY 11372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marek Gul**
**8048 90th Avenue**
**Jamacia, NY 11421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marek Rozalski**
**135-11 Hawtree Street**
**Ozone Park, NY 11417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Mont Blanc Restoration, Inc.**                                    Case number *(if known)*  _____
        Name

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Marek Tobolkiewicz**
**1115 Ave U**
**Apt 2**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mariusz Bielawski**
**37 Ludwig Lane**
**Staten Island, NY 10303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mariusz Sierzega**
**106 Marcroft Street**
**Stratford, CT 06614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Marvyn Santos**
**760 Hewith Place**
**Apt. 2**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mateusz Kowalski**
**7111 Central Avenue**
**Glendale, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mateusz Nawrocki**
**57-23 69th Lane**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Mateusz Nawrocki**
**5723 69th Street**
**Maspeth, NY 11378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**

**Basis for the claim:  Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Maximo Lantigua**
**9802 35th Avenue**
**Corona, NY 11368**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,100.00** |
|---|---|---|---|

**Maya Contracting Inc**
**28-05 Astoria Blvd**
**Astoria, NY 11102**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Michael Swierczynski**
**84-21 90th Street**
**Woodhaven, NY 11421**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Mieczyslaw Rostkowski**

**Brooklyn, NY 11222**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Miroslaw Karel**
**26 Wilson Street**
**2nd Floor**
**Garfield, NJ 07026**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Miroslaw Zagula**
**1122 38th Street**
**Apt 2**
**Brooklyn, NY 11218**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Miroslaw Zajchowski**
**935 42nd Street**
**Brooklyn, NY 11219**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,409.12** |
|---|---|---|---|
| | **Mochan Painting Supplies of Brooklyn Inc**<br>**47 Lee Avenue**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$396.85** |
|---|---|---|---|
| | **National Grid**<br>**Attn: Elisa M Pugliese Esq**<br>**175 East Old Country Rd**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | Basis for the claim: **Utilities** | |
| | Last 4 digits of account number **0451** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$157,827.99** |
|---|---|---|---|
| | **New York State Department of Labor**<br>**Division of Labor Standards**<br>**75 Varick Street 7th Floor**<br>**New York, NY 10013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 3/17** | Basis for the claim: **Overtime underpayments, unpaid wages, wage supplements, liquidated damages & violation** | |
| | Last 4 digits of account number **5822** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,602.38** |
|---|---|---|---|
| | **New York State Department of Labor**<br>**Unemployment Insurance Division**<br>**PO Box 15122**<br>**Albany, NY 12212-5122** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | Basis for the claim: **Premiums** | |
| | Last 4 digits of account number **9500** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,662.50** |
|---|---|---|---|
| | **New York State Department of Labor**<br>**State Office Building**<br>**Campus Building 12 Room 185C**<br>**Albany, NY 12240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | Basis for the claim: **Unpaid wages** | |
| | Last 4 digits of account number **7060** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|
| | **New York State Department of Labor**<br>**State Office Building**<br>**Campus Building 12 Room 185B**<br>**Albany, NY 12240** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | Basis for the claim: **Liquidated damages & penalties** | |
| | Last 4 digits of account number **0227** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,032.08** |
|---|---|---|---|
| | **New York State Insurance Fund**<br>**Workers Compensation**<br>**199 Church Street**<br>**New York, NY 10007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **Prior to 2/17** | Basis for the claim: **Premiums** | |
| | Last 4 digits of account number **5576** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **Mont Blanc Restoration, Inc.**                                    Case number *(if known)* _____
         Name

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,599.49** |
|---|---|---|---|

**NY Community Financial LLC**
**The Volakos Law Firm PC**
**120 Bay Ridge Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Judgment; Index no.: 19422/16**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.84** |
|---|---|---|---|

**NYC Department of Finance**
**Universal Fidelity LP**
**PO Box 219785**
**Houston, TX 77218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/7/16**

**Basis for the claim:** **Violation fee**

Last 4 digits of account number **4122**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oswaldo Valverde**
**151 Ave O**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Oyunsukh Bukhbat**
**717 41st Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,012.40** |
|---|---|---|---|

**Park Avenue Building & Roofing Supplies**
**2120 Atlantic Avenue**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Vendor**

Last 4 digits of account number **6544**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,467.19** |
|---|---|---|---|

**Paul's Plumbing Supply Co**
**234 Cayler Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Vendor; Invoice No.: 4708 & 4709**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pawel Poliwka**
**1805 67th Street**
**Apt 2F**
**Brooklyn, NY 11204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pawel Poliwka**
1805 67th Street
Apt 2F
Brooklyn, NY 11204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pawel Zieleniak**
1748 Dekalb Avenue
Ridgewood, NY 11385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$803.62** |
|---|---|---|---|

**Pay-O-Matic**
166-30 Jamaica Avenue
2nd Floor
Jamaica, NY 11432

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Returned check**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Piotr Piekarz**
1875 Stockholm Street
Apt 2
Ridgewood, NY 11385

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Piotr Targonski**
56-10 61st
3L
Maspeth, NY 11378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim: **Unpaid wages**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,905.61** |
|---|---|---|---|

**PLS Financial Services**
800 Jorie Boulevard
Suite 200
Oak Brook, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Returned check**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,758.42** |
|---|---|---|---|

**Premium Finance**
280 Technology Parkway
Suite 200
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

Basis for the claim: **Loan**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,650.00** |
|---|---|---|---|

**Prime Glass Inc**
**185A Woodward Avenue**
**Ridgewood, NY 11385**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **1868**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Rafal Pchelka**
**15 Diamond St.**
**1L**
**Brooklyn, NY 11222**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Remigiusz Nawrocki**
**57-23 69th Street**
**Maspeth, NY 11378**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,000.00** |
|---|---|---|---|

**Retcon Mechanical Corp**
**37-20 34th Street**
**Long Island City, NY 11101**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **3142**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,853.00** |
|---|---|---|---|

**Ria Financial**
**7001 Village Drive**
**Suite 200**
**Buena Park, CA 90621**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Returned check**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Kolaczynski**
**57-23 69th Lane**
**Maspeth, NY 11378**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Robert Skorupa**
**405 Onderdonk Ave**
**3L**
**Ridgewood, NY 11385**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address
**Roman Golab**
**86-50 77th Street**
**3H**
**Woodhaven, NY 11421**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.112** | Nonpriority creditor's name and mailing address
**RR Plumbing Servcies Corp**
**5672 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **1156**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,360.94**

---

**3.113** | Nonpriority creditor's name and mailing address
**Ryszard Tryka**
**1851 18th Avenue**
**2F**
**Brooklyn, NY 11219**

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.114** | Nonpriority creditor's name and mailing address
**S&K Distribution LLC**
**d/b/a New Castle Building Products**
**535 Old Tarrytown Road**
**White Plains, NY 10603**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **ONTB**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor; Index no.: 609598/16**

Is the claim subject to offset? ■ No ☐ Yes

**$7,779.70**

---

**3.115** | Nonpriority creditor's name and mailing address
**ShelterPoint Life**
**PO Box 220727**
**Great Neck, NY 11021**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **1766**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Premiums**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116** | Nonpriority creditor's name and mailing address
**Sherwin Williams Co**
**Ag Adjustments Ltd**
**740 Walt Whitman Road**
**Melville, NY 11747**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **9591**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$356.57**

---

**3.117** | Nonpriority creditor's name and mailing address
**Signature Bank**
**565 Fifth Ave 12th Fl**
**New York, NY 10018**

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **6541**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Overdraft**

Is the claim subject to offset? ■ No ☐ Yes

**$19,209.57**

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address**
**Signature Bank**
**565 Fifth Ave 12th Fl**
**New York, NY 10018**

Date(s) debt was incurred  **Prior to 2/17**
Last 4 digits of account number  **0763**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$6,718.11**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Visa**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**
**Simons Hardware & Bath**
**421 3rd Avenue**
**New York, NY 10016**

Date(s) debt was incurred  **Prior to 2/17**
Last 4 digits of account number  **3449**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$194.83**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**
**Simons Hardware & Bath**
**421 3rd Avenue**
**New York, NY 10016**

Date(s) debt was incurred  **Prior to 2/17**
Last 4 digits of account number  **3449**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$10,047.38**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Siplast**
**PO Box 971925**
**Dallas, TX 75397**

Date(s) debt was incurred  **Prior to 2/17**
Last 4 digits of account number  **9150**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$702.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address**
**Slawomir Prytek**
**193 Maple Ave**
**Wallington, NJ 07057**

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address**
**Stearns Bank**
**500 13th Street**
**PO Box 750**
**Albany, MN 56307**

Date(s) debt was incurred  **Prior to 2/17**
Last 4 digits of account number  **4001**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$12,659.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid contract obligations**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address**
**Stefan Mularz**
**7901 Bay Pkwy**
**2E**
**Brooklyn, NY 11214**

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*                                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Mont Blanc Restoration, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.125** | Nonpriority creditor's name and mailing address
**Takeuchi Financial Services**
PO Box 7167
Pasadena, CA 91211

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **5642**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$37,010.15**

---

**3.126** | Nonpriority creditor's name and mailing address
**TD Bank**
PO Box 84037
Columbus, GA 31908

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **9316**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Overdraft**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,192.45**

---

**3.127** | Nonpriority creditor's name and mailing address
**The Check Cashing Place**
560 Sylvan Avenue
2nd Floor
Englewood Cliffs, NJ 07632

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Retuned check**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,599.49**

---

**3.128** | Nonpriority creditor's name and mailing address
**The Granite Tops LLC**
420 W First Avenue
Roselle, NJ 07203

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **2068**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$970.10**

---

**3.129** | Nonpriority creditor's name and mailing address
**The Granite Tops LLC**
420 W First Avenue
Roselle, NJ 07203

Date(s) debt was incurred **Prior to 2/17**

Last 4 digits of account number **2140**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,236.65**

---

**3.130** | Nonpriority creditor's name and mailing address
**Tomasz Soltys**
5966 57th Drive
Apt 5
Maspeth, NY 11378

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.131** | Nonpriority creditor's name and mailing address
**Tomasz Zuraw**
73-22 57th Road
Middle Village, NY 11379

Date(s) debt was incurred **Prior to 11/16**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid wages**

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.97 |
|---|---|---|---|

**United Healthcare**
**UHS Premium Billing**
**PO Box 959782**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Premiums**

Last 4 digits of account number **2922**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**United States Liability Insurance**
**Brennan & Clark Ltd**
**721 E Madison**
**Suite 200**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Premiums**

Last 4 digits of account number **2580**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**United States Liability Insurance Co**
**1190 Devon Park Drive**
**PO Box 6700**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Pemiums**

Last 4 digits of account number **2580**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vasyl Martchiuk**
**114 Abemarie Road**
**F8**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,268.42 |
|---|---|---|---|

**Verizon**
**500 Technology Drive**
**Weldon Springs, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Services**

Last 4 digits of account number **8220**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,215.14 |
|---|---|---|---|

**Verizon**
**500 Technology Drive**
**Weldon Springs, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 2/17**

**Basis for the claim:** **Services**

Last 4 digits of account number **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Waldemar Czabaj**
**69 Green St**
**2R**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

**Basis for the claim:** **Unpaid wages**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Mont Blanc Restoration, Inc.** |
| | Name |

Case number *(if known)* _____

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,185.43**

**Wall Systems Supply**
**5223 First Avenue**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 2/17**
Last 4 digits of account number  **3787**

Basis for the claim:  **Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wiktor Maziarz**
**2028 Greene Ave**
**1R**
**Ridgewood, NY 11385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  ___

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**William Lagos**
**1980 Union Port Road**
**Apt C41**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  ___

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**William Lagos**
**1980 Unionport Road**
**C41**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  ___

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wilmer Urbina**
**730 Saint Anns Avenue**
**Apt 2**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  ___

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Wojciech Kordowski**
**1422 East 3 Street**
**#4**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  ___

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Yuri Petrunyak**
**859 W. Fingerboard Road**
**Staten Island, NY 10305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Prior to 11/16**
Last 4 digits of account number  ___

Basis for the claim:  **Unpaid wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mont Blanc Restoration, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Zbigniew Szczesniak**
**158-03 Sanford Avenue**
**1D**
**Flushing, NY 11358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Prior to 11/16**

Basis for the claim:  **Unpaid wages**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Allied Building Products**<br>**15 E Union Avenue**<br>**East Rutherford, NJ 07073** | Line **3.8**<br><br>☐ Not listed. Explain ____ | **6737** |
| 4.2 | **C&J Sheet Metal Corp**<br>**15-17 126th Street**<br>**College Point, NY 11356** | Line **3.17**<br><br>☐ Not listed. Explain ____ | **9460** |
| 4.3 | **Extech Building Materials Inc**<br>**87 Bowne Street**<br>**Brooklyn, NY 11231** | Line **3.36**<br><br>☐ Not listed. Explain ____ | **0093** |
| 4.4 | **Extech Building Materials Inc**<br>**43-87 Vernon Blvd**<br>**Long Island City, NY 11101** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Extech Building Materials Inc**<br>**The Law Firm of Elias C Schwartz PLLC**<br>**343 Great Neck Road**<br>**Great Neck, NY 11021** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Hilti Inc**<br>**Levy Diamond Bello & Associates LLC**<br>**PO Box 352**<br>**Milford, CT 06460** | Line **3.45**<br><br>☐ Not listed. Explain ____ | **3615** |
| 4.7 | **Hilti Inc**<br>**ABC Amega Inc**<br>**500 Seneca Street Ste 400**<br>**Buffalo, NY 14204** | Line **3.45**<br><br>☐ Not listed. Explain ____ | **3615** |
| 4.8 | **National Grid**<br>**Credit Protection Association LP**<br>**PO Box 802068**<br>**Dallas, TX 75380** | Line **3.84**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **National Grid**<br>**Associated Credit Services Inc**<br>**PO Box 5171**<br>**Westborough, MA 01581** | Line **3.84**<br><br>☐ Not listed. Explain ____ | **0451** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Mont Blanc Restoration, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.10 **New York State Insurance Fund** **Windham Professionals** **PO Box 1022** **Wixom, MI 48393** | Line **3.89** ☐ Not listed. Explain ____ | **7937** |
| 4.11 **S&K Distribution LLC** **d/b/a New Castle Buidling Products** **The Law Firm of Elias C Schwartz PLLC** **343 Great Neck Road** **Great Neck, NY 11021** | Line **3.114** ☐ Not listed. Explain ____ | _ |
| 4.12 **Signature Bank** **Sankel Skurman & McCartin LLP** **477 Madison Avenue** **New York, NY 10022** | Line **3.117** ☐ Not listed. Explain ____ | **6541** |
| 4.13 **Takeuchi Financial Services** **Platzer Swergold Levine Goldberg** **Katz & Jaslow LLP** **475 Park Ave South 18th Fl** **New York, NY 10016** | Line **3.125** ☐ Not listed. Explain ____ | _ |
| 4.14 **TD Bank** **Synergetic Communications Inc** **5450 NW Central #220** **Houston, TX 77092** | Line **3.126** ☐ Not listed. Explain ____ | **9316** |
| 4.15 **United Health Group CT** **RMS** **PO Box 361598** **Columbus, OH 43236** | Line **3.132** ☐ Not listed. Explain ____ | **2922** |
| 4.16 **Verizon** **McCarthy Burgess & Wolff** **The MB&W Building** **26000 Cannon Road** **Bedford, OH 44146** | Line **3.136** ☐ Not listed. Explain ____ | **8220** |
| 4.17 **Verizon** **RPM** **20816 44th Avenue W** **Lynnwood, WA 98036** | Line **3.137** ☐ Not listed. Explain ____ | **0001** |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 31,902.92 |
| 5b. Total claims from Part 2 | 5b. + $ | 717,442.94 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 749,345.86 |

Fill in this information to identify the case:

Debtor name **Mont Blanc Restoration, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **2016 Dodge Ram 1500**<br>**24,000 miles**<br>**$585 monthly payment** |
| State the term remaining | |
| List the contract number of any government contract | **Chrysler Capital**<br>**PO Box 961278**<br>**Ft Worth, TX 76161-1278** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **2015 Lexus RX350**<br>**Account no.:**<br>**XXXXAO76**<br>**$343 monthly payments**<br>**Lease began 4/15** |
| State the term remaining | |
| List the contract number of any government contract | **Lexus Financial Services**<br>**PO Box 8026**<br>**Cedar Rapids, IA 52409** |

Fill in this information to identify the case:

Debtor name    **Mont Blanc Restoration, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Mont Blanc Restoration, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
   | **For prior year:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$400,000.00** |
   | **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **Unknown** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
   and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
   filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
   and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **Mont Blanc Restoration, Inc.**                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Castle Check Cashing Corp v Debtor** **70058/16** | | **Civil Court** **State of New York** **County of New York** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **S&K Distributions LLC d/b/a New Castle Building Products v Debtor** **609598/16** | | **Supreme Court** **State of New York** **County of Nassau** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **NY Community Financial LLC v Debtor** **19422/16** | | **Civil Court** **State of New York** **County of Queens** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Extech Building Materials Inc v Debtor** | | **Supreme Court** **State of New York** **County of Queens** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **C&J Sheet Metal Corp v Debtor** **715508/16** | | **Supreme Court** **State of New York** **County of Queens** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Mont Blanc Restoration, Inc.**                              Case number *(if known)*

■ None

---

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Berger, Fischoff & Shumer, LLP**<br>**6901 Jericho Turnpike**<br>**Suite 230**<br>**Syosset, NY 11791** | **$2,500 plus $335 filing fee** | **$2,500 plus $335 filing fee** | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    __Mont Blanc Restoration, Inc._____    Case number *(if known)* _____

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<table>
<tr><td style="background:black;color:white">Part 7:</td><td>Previous Locations</td></tr>
</table>

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

<table>
<tr><td style="background:black;color:white">Part 8:</td><td>Health Care Bankruptcies</td></tr>
</table>

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

<table>
<tr><td style="background:black;color:white">Part 9:</td><td>Personally Identifiable Information</td></tr>
</table>

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

<table>
<tr><td style="background:black;color:white">Part 10:</td><td>Certain Financial Accounts, Safe Deposit Boxes, and Storage Units</td></tr>
</table>

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor    **Mont Blanc Restoration, Inc.** _____    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Chase Bank** <br> **Greenpoint, NY** | **XXXX-** | ☐ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ■ Other  **Business** **checking** **account** | **Closed 11/16** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title <br> Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an**

| Debtor | Mont Blanc Restoration, Inc. | Case number (if known) | |
|---|---|---|---|

**environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

Debtor    **Mont Blanc Restoration, Inc.**                                                    Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | Debtor paid personal car payments for $1,400 a month plus insurance for unknown period of time. |
| | **Mariu Bielawski**<br>**37 Ludwig Lane**<br>**Staten Island, NY 10303** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Mont Blanc Restoration, Inc.** | Case number *(if known)* | |
|---|---|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **June 16, 2017**

**/s/ Mariusz Szewczyk**

**Mariusz Szewczyk**

Signature of individual signing on behalf of the debtor                Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **Mont Blanc Restoration, Inc.**         Case No. _____

                                 Debtor(s)         Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            **Debtor has entered into a written retainer agreement setting forth additional fees**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 16, 2017** | **/s/ Gary C. Fischoff** |
| *Date* | **Gary C. Fischoff** |
| | *Signature of Attorney* |
| | **Berger, Fischoff & Shumer, LLP** |
| | **6901 Jericho Turnpike** |
| | **Suite 230** |
| | **Syosset, NY 11791** |
| | **516-747-1136** |
| | **hberger@bfslawfirm.com/gfischoff@bfslawfirm.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
## Eastern District of New York

In re    **Mont Blanc Restoration, Inc.**
_____
                                    Debtor(s)

Case No.  _____

Chapter   **7**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **June 16, 2017**
_____

**/s/ Mariusz Szewczyk**
_____
**Mariusz Szewczyk**/**President**
Signer/Title

Date:   **June 16, 2017**
_____

**/s/ Gary C. Fischoff**
_____
Signature of Attorney
**Gary C. Fischoff**
**Berger, Fischoff & Shumer, LLP**
**6901 Jericho Turnpike**
**Suite 230**
**Syosset, NY 11791**
**516-747-1136**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

A Team Wiring LLP
403 S Madison Avenue
Dunellen NJ 08812


Adam Doolittle
2072 West 11th Street
Brooklyn NY 11223


Adam Kozak
610 Morgan Ave
Brooklyn NY 11222


Adrian Ayala
52-15 94th St.
2nd Floor
Elmhurst NY 11373


Aia Sheet Metal Corp
682 Morgan Avenue
Brooklyn NY 11222


Aleksandra Christa
173 Colony Ave
Staten Island NY 10306


Alex Otero
868 Faile Street
Apt 25
Bronx NY 10474


Allied Building Products
Barr Credit Services
5151 E Broadway Blvd
Suite 800
Tucson AZ 85711


Allied Building Products
15 E Union Avenue
East Rutherford NJ 07073


Andriy Hotsko
655 Tysens Lane
Apt. 2W
Staten Island NY 10306

Andrzej Huciancow
54 Pine Hill Ave
#1
Stamford CT 06906


Andrzej Kowalski
60-27 68th Ave
Apt 1
Ridgewood NY 11385


Andy Marinez
65 W 192 Street
1D
Bronx NY 10468


Bay Supply Corp
149 28th Street
Brooklyn NY 11232


Bernardo Cesar
103-19 35th Ave
1st Floor
Corona NY 11368


Best Deals Trading Inc
100 A Broadway
Suite 437
Brooklyn NY 11249


Bolivar Vasquez
601 W. 191 Street
Apt 37
New York NY 10040


C&J Sheet Metal Corp
King & King LLP
629 Fifth Avenue
Pelham NY 10803


C&J Sheet Metal Corp
15-17 126th Street
College Point NY 11356

Carlos Cassagne
657 Ashford St
2
Brooklyn NY 11207


Carlos Galarza
5304 103rd Street
Apt 1F
Corona NY 11368


Castle Check Cashing Corp
4186 Broadway
New York NY 10033


Celso Tenesaca
5757 Ranger Str
#3
East Elmhurst NY 11369


Chase Bank
PO Box 15298
Wilmington DE 19850-5298


Chase Bank
PO Box 15298
Wilmington DE 19850-5298


Chrysler Capital
PO Box 961278
Ft Worth TX 76161-1278


Citibank
PO Box 22828
Rochester NY 14692


City of New York
PO Box 2339
Peck Slip Station
New York NY 10272


Claudio Tacuri
453 103 Str
1st Floor
Bayside NY 11360

Con Edison
Cooper Station
PO Box 138
New York NY 10276-0138

CTC Electrical Contractors Inc
435 Austin Place
Suite D
Bronx NY 10455

Czeslaw Parzych
6335 Grove Street
Ridgewood NY 11385

Damar Yezza
211 Brighton 15th Street
#5F
Brooklyn NY 11235

Davids Check Cashing
868 Prospect Avenue
Bronx NY 10459

Delux Corporation
Media Collections Inc
d/b/a Joseph Mann & Creed
8948 Canyon Falls Blvd Ste 200
Twinsburg OH 44087

Deluxe
PO Box 742572
Cincinnati OH 45275

Durante Rentals LLC
133-58 31st Drive
Flushing NY 11354

Edison Murillo
603 W 184 Steet
Apt 3EF
New York NY 10033

Extech Building Materials Inc
Manna & Associates LLC
PO Box 1117
Kearny NJ 07032

Extech Building Materials Inc
87 Bowne Street
Brooklyn NY 11231


Extech Building Materials Inc
The Law Firm of Elias C Schwartz PLLC
343 Great Neck Road
Great Neck NY 11021


Extech Building Materials Inc
43-87 Vernon Blvd
Long Island City NY 11101


Ferdinand Martinez
220 East 102nd Street
Apt 12C
New York NY 10029


Fernando Rodriguez
250 E. Gun Hill Road
2J
Bronx NY 10467


Flu-Flushing (Queens) NY
133-58 31st Drive
Flushing NY 11354


Freddy Cedeno
45-36 National Street
Corona NY 11368


Gaeta Interior Demo
25 Van Streeet
Staten Island NY 10310


Gregorio Romero
454 West 146th Street
Apt 4R
New York NY 10031


Gregorio Romero
454 West 146th Street
4R
New York NY 10031

Grzegorz Daz
90-03 Rockaway Blvd
2nd Floor
Ozone Park NY 11416


Hilti Inc
PO Box 21148
Tulsa OK 74121


Hilti Inc
Levy Diamond Bello & Associates LLC
PO Box 352
Milford CT 06460


Hilti Inc
ABC Amega Inc
500 Seneca Street Ste 400
Buffalo NY 14204


IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346


IRS
Centralized Insolvency Operation
PO Box 7346
Philadelphia PA 19101-7346


Jan Brzozowski
107 Engert Ave
Apt 3L
Brooklyn NY 11222


Jan Brzozowski
107 Engert Ave
3L
Brooklyn NY 11222


Jaroslaw Ogorek
17-33 Linden Street
Ridgewood NY 11385


Jerzy Borowicz
2003 Woodbine Street
3R

Jorge Calle
34-12 109 Street
Corona NY 11368


Jorge Goncalves
140 Hillside Ave
Mount Vernon NY 10553


Jose Valverde
151 Avenue O
Apt B3
Brooklyn NY 11204


Kamil Maliszewski
191 Norman Ave
Apt 1C
Brooklyn NY 11222


Karol Piorkowski
8100 Shore Front Parkway
Far Rockaway NY 11693


Karol Pogorzelski
189 Kensington Ave
Staten Island NY 10305


Krystyna Gurdziel
5606 13th Ave
Apt 2F
Brooklyn NY 11219


Krzysztof Czarnomysy
59-17 74th Street
Middle Village NY 11379


Krzysztof Sliwinski
Onderdonk 482
1R
Ridgewood NY 11385


Leszek Banas
7201 Juniper Valley Road
Middle Village NY 11379

Lexus Financial Services
PO Box 8026
Cedar Rapids IA 52409


Lie Check Cashing Corp
59-67 55th Drive
Maspeth NY 11378


Lowes/Synchrony Bank
PO Box 965005
Orlando FL 32896-5005


Luis Morocho
164-28 46 Ave
Corona NY 11368


Manuel Marinez
65 W. 192nd Street
Bronx NY 10468


Marcin Nicpon
9720 88th Street
Ozone Park NY 11416


Marcin Nowak
8650 77th St
1D
Woodhaven NY 11421


Marco Valverde
3706 Warren St
Apt 2C
Jackson Heights NY 11372


Marek Gul
8048 90th Avenue
Jamacia NY 11421


Marek Rozalski
135-11 Hawtree Street
Ozone Park NY 11417

Marek Tobolkiewicz
1115 Ave U
Apt 2
Brooklyn NY 11223


Mariusz Bielawski
37 Ludwig Lane
Staten Island NY 10303


Mariusz Sierzega
106 Marcroft Street
Stratford CT 06614


Marvyn Santos
760 Hewith Place
Apt. 2
Bronx NY 10455


Mateusz Kowalski
7111 Central Avenue
Glendale NY 11385


Mateusz Nawrocki
57-23 69th Lane
Maspeth NY 11378


Mateusz Nawrocki
5723 69th Street
Maspeth NY 11378


Maximo Lantigua
9802 35th Avenue
Corona NY 11368


Maya Contracting Inc
28-05 Astoria Blvd
Astoria NY 11102


Michael Swierczynski
84-21 90th Street
Woodhaven NY 11421


Mieczyslaw Rostkowski
Brooklyn NY 11222

Miroslaw Karel
26 Wilson Street
2nd Floor
Garfield NJ 07026


Miroslaw Zagula
1122 38th Street
Apt 2
Brooklyn NY 11218


Miroslaw Zajchowski
935 42nd Street
Brooklyn NY 11219


Mochan Painting Supplies of Brooklyn Inc
47 Lee Avenue
Brooklyn NY 11211


National Grid
Attn: Elisa M Pugliese Esq
175 East Old Country Rd
Hicksville NY 11801


National Grid
Credit Protection Association LP
PO Box 802068
Dallas TX 75380


National Grid
Associated Credit Services Inc
PO Box 5171
Westborough MA 01581


New York State Department of Labor
Division of Labor Standards
75 Varick Street 7th Floor
New York NY 10013


New York State Department of Labor
Unemployment Insurance Division
PO Box 15122
Albany NY 12212-5122

New York State Department of Labor
State Office Building
Campus Building 12 Room 185C
Albany NY 12240


New York State Department of Labor
State Office Building
Campus Building 12 Room 185B
Albany NY 12240


New York State Insurance Fund
Workers Compensation
199 Church Street
New York NY 10007


New York State Insurance Fund
Windham Professionals
PO Box 1022
Wixom MI 48393


NY Community Financial LLC
The Volakos Law Firm PC
120 Bay Ridge Avenue
Brooklyn NY 11220


NYC Department of Finance
Universal Fidelity LP
PO Box 219785
Houston TX 77218


NYC Department of Finance
59 Maiden Lane
19th Floor
New York NY 10038


NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany NY 12227


NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany NY 12227

NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany NY 12227


NYS Department of Taxation & Finance
Bankruptcy Unit-TCD
Bldg 8 Room 455
Albany NY 12227


Oswaldo Valverde
151 Ave O
Brooklyn NY 11201


Oyunsukh Bukhbat
717 41st Street
Brooklyn NY 11232


Park Avenue Building & Roofing Supplies
2120 Atlantic Avenue
Brooklyn NY 11233


Paul's Plumbing Supply Co
234 Cayler Street
Brooklyn NY 11222


Pawel Poliwka
1805 67th Street
Apt 2F
Brooklyn NY 11204


Pawel Poliwka
1805 67th Street
Apt 2F
Brooklyn NY 11204


Pawel Zieleniak
1748 Dekalb Avenue
Ridgewood NY 11385


Pay-O-Matic
166-30 Jamaica Avenue
2nd Floor
Jamaica NY 11432

Piotr Piekarz
1875 Stockholm Street
Apt 2
Ridgewood NY 11385


Piotr Targonski
56-10 61st
3L
Maspeth NY 11378


PLS Financial Services
800 Jorie Boulevard
Suite 200
Oak Brook IL 60523


Premium Finance
280 Technology Parkway
Suite 200
Norcross GA 30092


Prime Glass Inc
185A Woodward Avenue
Ridgewood NY 11385


Rafal Pchelka
15 Diamond St.
1L
Brooklyn NY 11222


Remigiusz Nawrocki
57-23 69th Street
Maspeth NY 11378


Retcon Mechanical Corp
37-20 34th Street
Long Island City NY 11101


Ria Financial
7001 Village Drive
Suite 200
Buena Park CA 90621


Robert Kolaczynski
57-23 69th Lane
Maspeth NY 11378

Robert Skorupa
405 Onderdonk Ave
3L
Ridgewood NY 11385


Roman Golab
86-50 77th Street
3H
Woodhaven NY 11421


RR Plumbing Servcies  Corp
5672 Collections Center Drive
Chicago IL 60693


Ryszard Tryka
1851 18th Avenue
2F
Brooklyn NY 11219


S&K Distribution LLC
d/b/a New Castle Building Products
535 Old Tarrytown Road
White Plains NY 10603


S&K Distribution LLC
d/b/a New Castle Buidling Products
The Law Firm of Elias C Schwartz PLLC
343 Great Neck Road
Great Neck NY 11021


ShelterPoint Life
PO Box 220727
Great Neck NY 11021


Sherwin Williams Co
Ag Adjustments Ltd
740 Walt Whitman Road
Melville NY 11747


Signature Bank
565 Fifth Ave 12th Fl
New York NY 10018


Signature Bank
565 Fifth Ave 12th Fl
New York NY 10018

Signature Bank
Sankel Skurman & McCartin LLP
477 Madison Avenue
New York NY 10022


Simons Hardware & Bath
421 3rd Avenue
New York NY 10016


Simons Hardware & Bath
421 3rd Avenue
New York NY 10016


Siplast
PO Box 971925
Dallas TX 75397


Slawomir Prytek
193 Maple Ave
Wallington NJ 07057


Stearns Bank
500 13th Street
PO Box 750
Albany MN 56307


Stefan Mularz
7901 Bay Pkwy
2E
Brooklyn NY 11214


Takeuchi Financial Services
PO Box 7167
Pasadena CA 91109


Takeuchi Financial Services
Platzer Swergold Levine Goldberg
Katz & Jaslow LLP
475 Park Ave South 18th Fl
New York NY 10016


TD Auto Finance
PO Box 9223
Farmington Hills MI 48333-9223

TD Bank
PO Box 84037
Columbus GA 31908


TD Bank
Synergetic Communications Inc
5450 NW Central #220
Houston TX 77092


The Check Cashing Place
560 Sylvan Avenue
2nd Floor
Englewood Cliffs NJ 07632


The Granite Tops LLC
420 W First Avenue
Roselle NJ 07203


The Granite Tops LLC
420 W First Avenue
Roselle NJ 07203


Tomasz Soltys
5966 57th Drive
Apt 5
Maspeth NY 11378


Tomasz Zuraw
73-22 57th Road
Middle Village NY 11379


United Health Group CT
RMS
PO Box 361598
Columbus OH 43236


United Healthcare
UHS Premium Billing
PO Box 959782
Saint Louis MO 63195


United States Liability Insurance
Brennan & Clark Ltd
721 E Madison
Suite 200
Villa Park IL 60181

United States Liability Insurance Co
1190 Devon Park Drive
PO Box 6700
Wayne PA 19087


Valley National Bank
1455 Valley Road
Wayne NJ 07470


Vasyl Martchiuk
114 Abemarie Road
F8
Brooklyn NY 11218


Verizon
500 Technology Drive
Weldon Springs MO 63304


Verizon
500 Technology Drive
Weldon Springs MO 63304


Verizon
McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Road
Bedford OH 44146


Verizon
RPM
20816 44th Avenue W
Lynnwood WA 98036


Waldemar Czabaj
69 Green St
2R
Brooklyn NY 11222


Wall Systems Supply
5223 First Avenue
Brooklyn NY 11232


Wiktor Maziarz
2028 Greene Ave
1R
Ridgewood NY 11385

William Lagos
1980 Union Port Road
Apt C41
Bronx NY 10462


William Lagos
1980 Unionport Road
C41
Bronx NY 10462


Wilmer Urbina
730 Saint Anns Avenue
Apt 2
Bronx NY 10455


Wojciech Kordowski
1422 East 3 Street
#4
Brooklyn NY 11230


Yuri Petrunyak
859 W. Fingerboard Road
Staten Island NY 10305


Zbigniew Szczesniak
158-03 Sanford Avenue
1D
Flushing NY 11358

# United States Bankruptcy Court
### Eastern District of New York

In re    __Mont Blanc Restoration, Inc.__       Case No. _____

                                   Debtor(s)        Chapter    __7__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mont Blanc Restoration, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__June 16, 2017__ _____       __/s/ Gary C. Fischoff__ _____
Date                                        __Gary C. Fischoff__

Signature of Attorney or Litigant
Counsel for    __Mont Blanc Restoration, Inc.__ _____
__Berger, Fischoff & Shumer, LLP__
__6901 Jericho Turnpike__
__Suite 230__
__Syosset, NY 11791__
__516-747-1136__
__hberger@bfslawfirm.com/gfischoff@bfslawfirm.com__

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Mont Blanc Restoration, Inc.                    **CASE NO.:** _____

     Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                     (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): ___**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Gary C. Fischoff** | |
| **Gary C. Fischoff** | |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| **Berger, Fischoff & Shumer, LLP** | |
| **6901 Jericho Turnpike** | |
| **Suite 230** | |
| **Syosset, NY 11791** | Signature of Pro Se Joint Debtor/Petitioner |
| **516-747-1136** | |
| | Mailing Address of Debtor/Petitioner |
| | |
| | City, State, Zip Code |
| | |
| | Area Code and Telephone Number |

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy